# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                             Case Number: 2:00-cr-82-FtM-29DNF

CHRISTOPHER SCOTT SALTERS

USM Number: 62137-004

Russell Rosenthal, FPD
1514 Broadway
Fort Myers, FL. 33901

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Four, Five of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive urinalysis for cocaine in violation of Condition Seven of the Standard Conditions of Supervision | April 7, 2008 |
| Two | Positive urinalysis for cocaine in violation of Condition Seven of the Standard Conditions of Supervision | May 20, 2008 |
| Four | Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer for the offense of Possession of Cocaine in violation of Condition Eleven of the Standard Conditions of Supervision | April 29, 2008 |
| Five | Failure to notify the probation officer within 72 hours after being arrested or questioned by a law enforcement officer for the offense of Sale or Delivery of Cocaine in violation of Condition Eleven of the Standard Conditions of Supervision | April 29, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Violation Charge No. Three dismissed on motion of the United States.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:   8/15/2008

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

August  15 ,2008

CHRISTOPHER SCOTT SALTERS
2:00-cr-82-FtM-29DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **One Year & One Day**.

**The Court recommends to the Bureau of Prisons:**

1. Participation in any available drug treatment program.
2. Incarceration in a facility close to home (Fort Myers, Florida).

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED

AO 245B (Rev. 6/05) Judgment in a Criminal Case